In the Matter of the Accounting of JEPTHA VAN VLIET et al., as Executors of ANNA VAN VLIET, Deceased, Respondents.

JANE I. E. V. S. LLOYD, Appellant; JENNIE SPENCLEY, Respondent.

*Matter of Van Vliet,* 181 App. Div. 879, affirmed.

(Argued May 29, 1918; decided June 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 21, 1918, modifying and affirming as modified a decree of the Queens County Surrogate's Court settling the accounts of the executors of Anna Van Vliet, deceased, and awarding a legacy, bequeathed by her will, to the respondent Jennie Spencley. This will, in its tenth clause, bequeathed $10,000 to " Jennie Spencley and $5,000 to Albert Spencley, the children of my brother, Martin Spencley." Respondent Jennie Spencley ·is the daughter of another brother, William Spencley. She had lived with deceased many years. Appellant is the daughter of Martin Spencley, and her name is Jane Ida Elizabeth Victoria Spencley Lloyd. She resided at Peterborough, Canada, and was married. The surrogate held that these facts showed a latent ambiguity which let in parol evidence, which amply identified the respondent as the intended legatee. The Appellate Division modified the decree by striking therefrom an award of costs against appellant.

*Selden Bacon* for appellant.

*John Ewen* for executors, respondents.

*Rawdon W. Kellogg* for Jennie Spencley, respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.